```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

JACK EDWARD KING                                          PLAINTIFF

    v.                         Civil No. 06-2197

JOHN DUTTON and
NITA LEWIS                                               DEFENDANTS

## ORDER

    Now on this 29th day of October 2007, there comes on for consideration the report and recommendation filed herein on September 26, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 19). Plaintiff did not file written objections to the report and recommendation.

    The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, this action is dismissed on the grounds that the Plaintiff failed to obey the orders of the Court and failed to prosecute this action. Fed. R. Civ. P. 41.

    IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge

**AO72A**
**(Rev. 8/82)**